■ ED FERRIS, Appellant, v BENTON B. KENDIG, III, and Another, as Executors of GEORGE MERCIER, Deceased, et al., Respondents. [48 NYS3d 914]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered January 23, 2015. The order granted the motion of defendants to dismiss the complaint, dismissed the complaint and awarded defendants disbursements and attorney's fees in the amount of $3,549.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Whalen, P.J., Centra, Peradotto, DeJoseph and Scudder, JJ.